The Miller-Jones Company, plaintiff in error, v. L. Feldman, trading as L. Feldman & Company, defendant in error. Gen. No. 31,614.

Order vacating judgment for plaintiff for balance due, and judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the second

division of this court for the first district at the March term, 1927. Reversed. Opinion filed October 4, 1927.

Meyer Shapiro, for plaintiff in error. Benjamin Feldman, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.